# Form 1040 U.S. Individual Income Tax Return 2017

Department of the Treasury—Internal Revenue Service (99)

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20 _____

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

See separate instructions.

**Your first name and initial:** DIRASHA
**Last name:** JACKSON
**Your social security number:** 

**If a joint return, spouse's first name and initial:**
**Last name:**
**Spouse's social security number:**

**Home address (number and street). If you have a P.O. box, see instructions.**
7516 S LAFAYETTE
**Apt. no.**

**City, town or post office, state, and ZIP code.**
CHICAGO   IL   60620

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Foreign country name** | **Foreign province/state/county** | **Foreign postal code**

## Filing Status (Check only one box.)
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. [ ] Qualifying widow(er) (see instructions)

## Exemptions
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ...........
 b [ ] Spouse .........
 c Dependents: (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

If more than four dependents, see instructions and check here ► ☐

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you:
• did not live with you due to divorce or separation (see instructions):
Dependents on 6c not entered above:

 d Total number of exemptions claimed ............. **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 22,671 |
| 8a | Taxable interest. Attach Schedule B if required | 0 |
| 8b | Tax-exempt interest. Do not include on line 8a | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required | 0 |
| 9b | Qualified dividends | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 0 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -4,084 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | 0 |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | 0 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 18,587 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 0 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 0 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 0 |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | 0 |
| 31a | Alimony paid   b Recipient's SSN ► | |
| 32 | IRA deduction | 0 |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 0 |
| 36 | Add lines 23 through 35 | 0 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 18,587 |

KIA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2017)

Form 1040 (2017) DIRASHA JACKSON  Page 2

### Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 18,587 |
| 39a | Check if: You were born before January 2, 1953, ☐ Blind. Spouse was born before January 2, 1953, ☐ Blind. Total boxes checked ▶ 39a | 0 |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 6,350 |
| 41 | Subtract line 40 from line 38 | 12,237 |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 4,050 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 8,187 |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 818 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0 |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 | 818 |
| 48 | Foreign tax credit. Attach Form 1116 if required | 0 |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 50 | Education credits from Form 8863, line 19 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 0 |
| 52 | Child tax credit. Attach Schedule 8812, if required | |
| 53 | Residential energy credits. Attach Form 5695 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 0 |
| 55 | Add lines 48 through 54. These are your total credits | 0 |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 818 |

Standard Deduction for—
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 0 |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 0 |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 0 |
| 60a | Household employment taxes from Schedule H | 0 |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | 0 |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 0 |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 818 |

### Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 576 |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 0 |
| 66a | Earned income credit (EIC) | |
| 66b | Nontaxable combat pay election | |
| 67 | Additional child tax credit. Attach Schedule 8812 | |
| 68 | American opportunity credit from Form 8863, line 8 | |
| 69 | Net premium tax credit. Attach Form 8962 | |
| 70 | Amount paid with request for extension to file | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 0 |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 0 |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 576 |

### Refund

Direct deposit? See Instructions.

| Line | Description | Amount |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | |
| 76b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | |
| 76d | Account number XXXXXXXXXXXXXXXXX | |
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ 77 | |

### Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 242 |
| 79 | Estimated tax penalty (see instructions) | |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

### Sign Here

Joint return? See instructions. Keep a copy for your records.

Your signature: [signature] Date  Your occupation: SECURITY  Daytime phone number

Spouse's signature. If a joint return, both must sign. Date  Spouse's occupation

### Paid Preparer Use Only

Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN

Firm's name ▶  Firm's EIN ▶
Firm's address ▶  Phone no.

KIA  Go to www.irs.gov/Form1040 for instructions and the latest information.  Form **1040** (2017)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2017**

Attachment Sequence No. **09**

Name of proprietor: DIRASHA JACKSON
Social security number: (redacted)

**A** Principal business or profession, including product or service (see instructions): CHILD CARE
**B** Enter code from instructions: ▶

**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 7516 S LAFAYETTE
City, town or post office, state, and ZIP code CHICAGO IL 60620

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶ _____
**G** Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses ... [X] Yes [ ] No
**H** If you started or acquired this business during 2017, check here ... ▶ [ ]
**I** Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) ... [ ] Yes [X] No
**J** If "Yes," did you or will you file required Forms 1099? ... [ ] Yes [ ] No

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on form W-2 and the "Statutory employee" box on that form was checked. ▶ [ ] | 1 | 5,066 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 5,066 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 5,066 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 5,066 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 0 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | 0 |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0 | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | 1,465 |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a Travel | 24a | 0 |
| 15 | Insurance (other than health) | 15 | | b Deductible meals and entertainment (see instructions) | 24b | 0 |
| 16 | Interest: | | | 25 Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a Other expenses (from line 48) | 27a | 7,685 |
| 17 | Legal and professional services | 17 | | b Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 9,150 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -4,084 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 0 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. <br>• If a loss, you must go to line 32. | 31 | -4,084 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br>• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. <br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [X] All investment is at risk. <br> 32b [ ] Some investment is not at risk. | |

KIA  For Paperwork Reduction Act Notice, see the separate instructions.  Schedule C (Form 1040) 2017

Schedule C (Form 1040) 2017  DIRASHA  JACKSON  Page 2

**Part III Cost of Goods Sold (see instructions)**

33 Method(s) used to value closing inventory: a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ................................... ☐ Yes ☐ No

35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation ..... | 35 |
36 Purchases less cost of items withdrawn for personal use ................................... | 36 |
37 Cost of labor. Do not include any amounts paid to yourself ................................... | 37 |
38 Materials and supplies ................................... | 38 |
39 Other costs ................................... | 39 |
40 Add lines 35 through 39 ................................... | 40 | 0
41 Inventory at end of year ................................... | 41 |
42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 ............ | 42 | 0

**Part IV Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2017 enter the number of miles you used your vehicle for:

a Business _____ b Commuting (see instructions) _____ c Other _____

45 Was your vehicle available for personal use during off-duty hours? ................................... ☐ Yes ☐ No
46 Do you (or your spouse) have another vehicle available for personal use? ................................... ☐ Yes ☐ No
47a Do you have evidence to support your deduction? ................................... ☐ Yes ☐ No
  b If "Yes," is the evidence written? ................................... ☐ Yes ☐ No

**Part V Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| FOOD AND SNACKS | 3,400 |
| BOOKS AND TOYS | 1,260 |
| LAUNDRY | 160 |
| PENS PENCILS PAPER CRAYON | 400 |
| SOAP LOTION TOWELS | 820 |
| CABLE AND INTERNET | 1,645 |
| | |
| | |

48 Total other expenses. Enter here and on line 27a ................................... | 48 | 7,685

KJA  Schedule C (Form 1040) 2017

- DHL Express, Express 9:00, Express 10:30, Express 12:00, Express Worldwide, Express Envelope, Import Express 10:30, Import Express 12:00, and Import Express Worldwide.

- FedEx First Overnight, Priority Overnight, Standard Overnight, 2 Day, International Next Flight Out, International Priority, International First, or International Economy.

- UPS Next Day Air Early A.M., Next Day Air, Next Day Air Saver, 2nd Day Air, 2nd Day Air A.M., Worldwide Express Plus, or Worldwide Express.

**Step 5. Keep a copy**

Print a second copy of the return for your records. We recommend that you also print and retain these supporting forms, which don't need to be sent to the state:

- Background Worksheet