# Illinois Department of Revenue
# 2019 Form IL-1040
### Individual Income Tax Return  or for fiscal year ending __ __/__ __

*Over 80% of taxpayers file electronically. It is easy and you will get your refund faster. Visit tax.illinois.gov.*

## Step 1: Personal Information
A

dirasha          jackson

7516 s lafayette ave

chicago          IL    60620      COOK

**B** Filing status: ☒ Single  ☐ Married filing jointly  ☐ Married filing separately  ☐ Widowed  ☐ Head of household

**C** Check if someone can claim you, or your spouse if filing jointly, as a dependent. See instructions. ☐ You ☐ Spouse

**D** Check the box if this applies to you during 2019: ☐ Nonresident - Attach Sch. NR ☐ Part-year resident - Attach Sch. NR

## Step 2: Income
(Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your federal Form 1040 or 1040-SR, Line 8b. | 1 | 36,190.00 |
| 2 | Federally tax-exempt interest and dividend income from your federal Form 1040 or 1040-SR, Line 2a. | 2 | .00 |
| 3 | Other additions. Attach Schedule M. | 3 | .00 |
| 4 | Total income. Add Lines 1 through 3. | 4 | 36,190.00 |

## Step 3: Base Income

| | | | |
|---|---|---|---|
| 5 | Social Security benefits and certain retirement plan income received if included in Line 1. Attach Page 1 of federal return. | 5 | .00 |
| 6 | Illinois Income Tax overpayment included in federal Form 1040 or 1040-SR, Schedule 1, Ln. 1. | 6 | .00 |
| 7 | Other subtractions. Attach Schedule M. | 7 | .00 |
| | Check if Line 7 includes any amount from Schedule 1299-C. ☐ | | |
| 8 | Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 | .00 |
| 9 | Illinois base income. Subtract Line 8 from Line 4. | 9 | 36,190.00 |

## Step 4: Exemptions

| | | | |
|---|---|---|---|
| 10 | a  Enter the exemption amount for yourself and your spouse. **See instructions.** | a | 2,275.00 |
| | b  Check if 65 or older: ☐ You + ☐ Spouse  # of checkboxes X $1,000 = | b | .00 |
| | c  Check if legally blind: ☐ You + ☐ Spouse  # of checkboxes X $1,000 = | c | .00 |
| | d  If you are claiming dependents, enter the amount from Schedule IL-E/EIC, Step 2, Line 1. Attach Schedule IL-E/EIC. | d | 0.00 |
| | Exemption allowance. Add Lines a through d. | 10 | 2,275.00 |

## Step 5: Net Income and Tax

| | | | |
|---|---|---|---|
| 11 | **Residents:** Net income. Subtract Line 10 from Line 9. | | |
| | **Nonresidents and part-year residents:** Enter the Illinois net income from Schedule NR. **Attach Schedule NR.** 11 | | 33,915.00 |
| 12 | **Residents:** Multiply Line 11 by 4.95% (.0495). Cannot be less than zero. | | |
| | **Nonresidents and part-year residents:** Enter the tax from Schedule NR. | 12 | 1,679.00 |
| 13 | Recapture of investment tax credits. Attach Schedule 4255. | 13 | .00 |
| 14 | Income tax. Add Lines 12 and 13. Cannot be less than zero. | 14 | 1,679.00 |

## Step 6: Tax After Nonrefundable Credits

| | | | |
|---|---|---|---|
| 15 | Income tax paid to another state while an Illinois resident. **Attach Schedule CR.** | 15 | .00 |
| 16 | Property tax and K-12 education expense credit amount from Schedule ICR. Attach Schedule ICR. | 16 | .00 |
| 17 | Credit amount from Schedule 1299-C. Attach Schedule 1299-C. | 17 | .00 |
| 18 | Add Lines 15, 16, and 17. This is the total of your credits. Cannot exceed the tax amount on Line 14. | 18 | 0.00 |
| 19 | Tax after nonrefundable credits. Subtract Line 18 from Line 14. | 19 | 1,679.00 |

## Step 7: Other Taxes

| | | | |
|---|---|---|---|
| 20 | Household employment tax. See instructions. | 20 | .00 |
| 21 | Use tax on internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. **Do not leave blank.** | 21 | 0.00 |
| 22 | Compassionate Use of Medical Cannabis Program Act and sale of assets by gaming licensee surcharges. | 22 | .00 |
| 23 | **Total Tax. Add Lines 19, 20, 21, and 22.** | 23 | 1,679.00 |

IL-1040 2D Front (R-12/19)

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.



| 24 | Total tax from Page 1, Line 23. | 24 | 1,679.00 |

### Step 8: Payments and Refundable Credit

| 25 | Illinois Income Tax withheld. **Attach Schedule IL-WIT.** | 25 | 1,104.00 |
| 26 | Estimated payments from Forms IL-1040-ES and IL-505-I, including any overpayment applied from a prior year return. | 26 | .00 |
| 27 | Pass-through withholding. **Attach Schedule K-1-P or K-1-T.** | 27 | .00 |
| 28 | Earned Income Credit from Schedule IL-E/EIC, Step 4, Line 8. **Attach Schedule IL-E/EIC.** | 28 | .00 |
| 29 | **Total payments and refundable credit.** Add Lines 25 through 28. | 29 | 1,104.00 |

### Step 9: Total

| 30 | If Line 29 is greater than Line 24, subtract Line 24 from Line 29. | 30 | .00 |
| 31 | If Line 24 is greater than Line 29, subtract Line 29 from Line 24. | 31 | 575.00 |

### Step 10: Underpayment of Estimated Tax Penalty and Donations - Only complete Step 10 for late-payment penalty for underpayment of estimated tax or to make a voluntary charitable donation.

| 32 | Late-payment penalty for underpayment of estimated tax. | 32 | .00 |

   **a** ☐ Check if at least two-thirds of your federal gross income is from farming.

   **b** ☐ Check if you or your spouse are 65 or older and permanently living in a nursing home.

   **c** ☐ Check if your income was not received evenly during the year and you annualized your income on Form IL-2210.
       **Attach** Form IL-2210.

   **d** ☐ Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year.

| 33 | Voluntary charitable donations. **Attach Schedule G.** | 33 | .00 |
| 34 | **Total penalty and donations.** Add Lines 32 and 33. | 34 | .00 |

### Step 11: Refund

| 35 | If you have an amount on Line 30 and this amount is greater than Line 34, subtract Line 34 from Line 30. This is your **overpayment.** | 35 | .00 |
| 36 | Amount from Line 35 you want **refunded to you.** Check **one** box on Line 37. See instructions. | 36 | .00 |

37 I choose to receive my refund by

   **a** ☐ **direct deposit** - Complete the information below if you check this box.

     Routing number ☐☐☐☐☐☐☐☐☐  ☐ Checking or ☐ Savings

     Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

   **b** ☐ **Illinois Individual Income Tax refund debit card.** I acknowledge I have reviewed the card information found at **http://tax.illinois.gov/DebitCard** prior to making this election.

   **c** ☐ paper check.

| 38 | **Amount to be credited forward.** Subtract Line 36 from Line 35. See instructions. | 38 | .00 |

### Step 12: Amount You Owe

| 39 | If you have an amount on Line 31, add Lines 31 and 34. **- or -** If you have an amount on Line 30 and this amount is less than Line 34, subtract Line 30 from Line 34. This is the **amount you owe.** See instructions. | 39 | 575.00 |

**Step 13:** If this is a joint return, both you and your spouse must sign below.
       Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | *[signature]* 5-14-20 | | | |
| | Your signature | Date (mm/dd/yyyy) | Spouse's signature | Date (mm/dd/yyyy) | Daytime phone number |

| | | Self-Prepared | | ☐ Check if self-employed | |
| Paid Preparer Use Only | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ | | Firm's FEIN ▶ | |
| | Firm's address ▶ | | Firm's phone ▶ (   ) | |

| Third Party Designee | | (   ) | ☐ Check if the Department may discuss this return with the third party designee shown in this step. |
| | Designee's name (please print) | Designee's phone number | |

### *Refer to the 2019 IL-1040 Instructions for the address to mail your return.*

IL-1040 2D Back (R-12/19)
Printed by authority of the State of
Illinois - web only, 1.

DR _____  AP _____  RR __ DC __ IR __ ID __



**Illinois Department of Revenue**

# 2019 Schedule IL-WIT Illinois Income Tax Withheld

Attach to your Form IL-1040. If you have more than five withholding forms, complete multiple copies of this schedule.    IL Attachment No. 31

Use the reference for Column A shown in the chart below.

| Form Type | Letter Code for Column A | Form Type | Letter Code for Column A |
|---|---|---|---|
| W-2 | W | 1099-DIV | D |
| W-2G | WG | 1099-INT | I |
| 1099-R | R | 1042-S | S |
| 1099-G | G | 1099-B | B |
| 1099-MISC | M | 1099-K | K |
| 1099-OID | O | | |

## Step 1: Provide your withholding records (include all W-2 and 1099 forms that show Illinois withholding)



Your name as shown on Form IL-1040                                      Your Social Security number

| | Column A<br>Form type | Column B<br>Employer/Payer<br>Identification Number | Column C<br>Federal Wages, Winnings, Gross<br>Distributions, Compensation, etc. | Column D<br>Illinois Wages, Winnings, Gross<br>Distributions, Compensation, etc. | Column E<br>Illinois Income<br>Tax Withheld |
|---|---|---|---|---|---|
| 1 | W | | $ 3,429.00 | $ 3,429.00 | $ 51.00 |
| 2 | W | | $ 6,440.00 | $ 6,440.00 | $ 319.00 |
| 3 | W | | $ 26,571.00 | $ 26,571.00 | $ 734.00 |
| 4 | | | $ .00 | $ .00 | $ .00 |
| 5 | | | $ .00 | $ .00 | $ .00 |

## Step 2: Provide spouse's withholding records (include all W-2 and 1099 forms that show Illinois withholding)

Your spouse's name as shown on Form IL-1040                              Your spouse's Social Security number

| | Column A<br>Form type | Column B<br>Employer/Payer<br>Identification Number | Column C<br>Federal Wages, Winnings, Gross<br>Distributions, Compensation, etc. | Column D<br>Illinois Wages, Winnings, Gross<br>Distributions, Compensation, etc. | Column E<br>Illinois Income<br>Tax Withheld |
|---|---|---|---|---|---|
| 6 | | | $ .00 | $ .00 | $ .00 |
| 7 | | | $ .00 | $ .00 | $ .00 |
| 8 | | | $ .00 | $ .00 | $ .00 |
| 9 | | | $ .00 | $ .00 | $ .00 |
| 10 | | | $ .00 | $ .00 | $ .00 |

## Step 3: Total Illinois withholding

11  Add the amounts in Column E for Lines 1 through 10 (and the amounts from Column E of any
additional copies you attached). This is the total amount of your Illinois income tax withheld.
Enter this amount here and on Form IL-1040, Line 25.                          11 $ 1,104.00

## ➡ Attach all Schedules IL-WIT to your IL-1040. ⬅

IL-1040 Schedule IL-WIT Front (R-12/19)
Printed by authority of the State of Illinois - web only, 1.
ID: 3WM    REV 04/17/20 TTH

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of
this information is required. Failure to provide information could result in a penalty.