# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-13099 |
| | ) | |
| DIRASHA JACKSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## NOTICE OF OBJECTION

The Illinois Department of Revenue ("IDOR"), by its attorney, Kwame Raoul, Illinois Attorney General, hereby gives notice, pursuant to Third Amended General Order No. 20-03, that it objects to the Debtor's Objection to Claim No. 6-1 (Doc. 29).

ILLINOIS DEPARTMENT OF REVENUE

BY: KWAME RAOUL
    Illinois Attorney General

BY: */s/ Robert O. Lynch*
    ROBERT O. LYNCH
    Assistant Attorney General
    100 W. Randolph St.
    13th Floor
    Chicago, Illinois 60601
    (312) 814-5195
    Robert.lynch2@illinois.gov